**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-7523**

RODNEY ELMER ANDERSON,

Plaintiff - Appellant,

versus

XYZ CORRECTIONAL HEALTH SERVICES, INC.;
RONALD J. ANGELONE; D. A. GARRAGHTY; M. C.
MILLARD; DOCTOR SWEATER; JOHN DOE; DOCTOR
SWETTER; JOE DOE,

Defendants - Appellees,

and

ANDREW J. WINSTON; JAMES A. SMITH, JR.; K. W.
DAVIS; MR. ZUMMER; MARSHA FORESMAN,

Defendants.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Gerald Bruce Lee, District
Judge. (CA-02-1045-1-GBL)

Submitted: February 3, 2006        Decided: February 27, 2006

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Rodney Elmer Anderson, Appellant Pro Se. Philip Carlton Hollowell, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; Ashton Marie Jennette, RAWLS & MCNELIS, PC, Richmond, Virginia, for Appellees.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rodney Elmer Anderson appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint as untimely under the applicable statute of limitations. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Anderson v. XYZ Corr. Health Serv., Inc., No. CA-02-1045-1-GBL (E.D. Va. filed Aug. 26, 2005 & entered Aug. 29, 2005). We deny Anderson's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED